```
CLERK'S OFFICE U.S. DIST. COURT
     AT ROANOKE, VA
          FILED
     JAN 1 2 2006
JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOSEPH F. MAXIE, ) | |
|    Plaintiff, ) | Civil Action No. 7:06CV00005 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | By Hon. Glen E. Conrad |
| DR. DAVID BARNES, ) | United States District Judge |
|    Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This __12th__ day of January, 2006.

                                               /s/ Glen E. Conrad
                                           United States District Judge