CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 2 2006

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JOSEPH F. MAXIE,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:06CV00005** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | **By Hon. Glen E. Conrad** |
| **DR. DAVID BARNES,** | ) | **United States District Judge** |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of

the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the plaintiff and counsel of record for the defendants.

**ENTER**: This _12th_ day of January, 2006.

_____
United States District Judge